**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-1222-WJM-KLM

PHILLIPS 66 COMPANY

      Plaintiff,

v.

SPRING VALLEY GAS, INC.,
GARY L. HUGGINS, and
JUDY O. HUGGINS

      Defendants.

---

## ORDER OF DISMISSAL

---

This matter comes before the Court on the Parties' Stipulated Settlement Agreement and Order of Dismissal, filed February 12, 2014 (ECF No. 20).  The Court having reviewed the Stipulation and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Settlement Agreement is ACCEPTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his, her or its own attorney's fees and costs.  In the event that the Settlement is not perfected, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 35 days of this Order.

Dated this 12th day of February, 2013.

      BY THE COURT:

      _____
      William J. Martínez
      United States District Judge